UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| THOMAS AVERY and KURT STABEL | Case # 3:12-cv-00652-MMD-WGC |
| Plaintiff(s), | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| SANFORD BARSKY, M.D. | |
| Defendant(s). | FILING FEE IS $200.00 |

__TROY A. GLANDER__, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.   That Petitioner is an attorney at law and a member of the law firm of

__ALLAN, NAVA & GLANDER, PLLC__
(firm name)

with offices at __825 W. BITTERS RD., SUITE 104__,
(street address)

__SAN ANTONIO__, __Texas__, __78216__
(city)                          (state)              (zip code)

__(210) 305-4220__, __tglander@anglawfirm.com__.
(area code + telephone number)        (Email address)

2.   That Petitioner has been retained personally or as a member of the law firm by

__Thomas Avery and Kurt Stabel, Plaintiffs,__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3.    That since _____Nov. 1, 1996_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____Texas_____
                                                                                (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, Western District | 9/15/1998 | 00796634 |
| USDC, Southern District | 9/30/1999 | 00796634 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

N/A

2

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7.    That Petitioner is a member of good standing in the following Bar Associations:

San Antonio Bar Association, State Bar of Texas, Federal Bar Association, American and Bar Association

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

1      That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4

                    Petitioner's signature

5  STATE OF _____ Texas _____ )

                        )

6  COUNTY OF _____ BEXAR _____ )

7      TROY A. GLANDER _____ , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9

10  Subscribed and sworn to before me this            Petitioner's signature

11

12  _10_ day of _January_ , _2013_

                            EVELIA TALAVERA
                            Notary Public, State of Texas
13                              My Commission Expires
                            July 29, 2013

14                Notary Public or Clerk of Court

15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
        THE BAR OF THIS COURT AND CONSENT THERETO.**

17      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate _____ TROY I ISAACSON _____ ,

19                                              (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action. The address and email address of

21  said designated Nevada counsel is:

22

23      MADDOX, ISAACSON & CISNEROS, LLP, 3811 West Charleston Blvd., Suite 110

24                              (street address)

25       Las Vegas                Nevada         89102
       (city)                 (state)       (zip code)

26      (702) 366-1900         (702) 366-1999
27    (area code + telephone number)      (Email address)

28                          4                            Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ TROY I. ISAACSON _____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(name of local counsel)

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4002 6690          TIsaacson@mtc-law.com
Bar number          Email address

APPROVED:

Dated: this ___30th___ day of ___January, 2013___

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11