UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| THOMAS AVERY and KURT STABEL | Case # 3:12-cv-00652-MMD-WGC |
| Plaintiff(s), | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| SANFORD BARSKY, M.D. | |
| Defendant(s). | FILING FEE IS $200.00 |

_____TROY A. GLANDER_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____ALLAN, NAVA & GLANDER, PLLC_____
(firm name)

with offices at _____825 W. BITTERS RD., SUITE 104_____,
(street address)

_____SAN ANTONIO_____,     _____Texas_____,     _____78216_____
(city)                              (state)                    (zip code)

_____(210) 305-4220_____,     _____tglander@anglawfirm.com_____.
(area code + telephone number)              (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Thomas Avery and Kurt Stabel, Plaintiffs,_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

To: 12103054219   From: 15629874778   Date: 01/25/13   Time: 12:30 PM Page: 03
01/25/2013  12:31      5629874778              MBE                              PAGE  03/11

3.  That since _____Nov. 1, 1996_____, Petitioner has been and presently is a
                        (date)
member in good standing of the bar of the highest Court of the State of _____Texas_____
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.  That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| USDC, Western District | 9/15/1998 | 00796634 |
| USDC, Southern District | 9/30/1999 | 00796634 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5.  That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

N/A

Rev. 12/11

6.     That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7.     That Petitioner is a member of good standing in the following Bar Associations:

San Antonio Bar Association, State Bar of Texas, Federal Bar Association, American and Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2 FOR THE PURPOSES OF THIS CASE ONLY.

3

4                     _Petitioner's signature_

 STATE OF _____Texas_____ )

5                  )

 COUNTY OF _____BEXAR_____ )

6

7    TROY A. GLANDER____, Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

9

10                   _Petitioner's signature_

 Subscribed and sworn to before me this

11

_10_ day of _January_, _2013_

12

13 _Evelia Talavera_

     Notary Public or Clerk of Court

```
EVELIA TALAVERA
Notary Public, State of Texas
My Commission Expires
July 29, 2013
```

14

15

16     **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
      **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

 believes it to be in the best interests of the client(s) to designate _____TROY I ISAACSON_____,

19                    (name of local counsel)

 Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20

 above-entitled Court as associate resident counsel in this action.  The address and email address of

21

 said designated Nevada counsel is:

22

23  MADDOX, ISAACSON & CISNEROS, LLP, 3811 West Charleston Blvd., Suite 110_____,

             (street address)

24

25   Las Vegas_____,   Nevada_____,  89102_____

    (city)       (state)    (zip code)

26  (702) 366-1900_____,   (702) 366-1999_____

 (area code + telephone number)  (Email address)

27

28             4            Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ TROY L. ISAACSON _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4002  6690       TIsaacson@mdc-law.com
Bar number           Email address

APPROVED:

Dated: this ___30th___ day of ___January, 2013___

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11