1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                               DISTRICT OF NEVADA
8                                      * * *
9    THOMAS AVERY and KURT STABEL,          Case No. 3:12-cv-00652-MMD-WGC
10                              Plaintiffs,
          v.                                          ORDER
11
     SANFORD BARSKY,
12
                              Defendant.
13
     SANFORD BARSKY,
14
                        Third-Party Plaintiff,
15        v.
16   VENTANA MEDICAL SYSTEMS, INC.,
     and OHIO STATE UNIVERSITY,
17
                      Third-Party Defendants.
18
19        Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered
20   that the parties schedule a settlement conference with the Magistrate Judge.    No
21   decision on the pending dispositive motions (dkt. nos. 97, 99 ) will be issued pending
22   settlement.
23
          DATED THIS 4th day of June 2015.
24
25                                              _____
26                                              MIRANDA M. DU
                                                UNITED STATES DISTRICT JUDGE
27
28